# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Mary Ann Spirko          BK NO. 23-02109 MJC

            Debtor(s)

                                                 Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of KeyBank, NA and index same on the master mailing list.

                                                 Respectfully submitted,

/s/ *Denise Carlon*
PA Middle BK
29 May 2024, 15:57:22, EDT

                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106
                                  215-627-1322