UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MARY ANN SPIRKO                                    CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                                                    CASE NO:   5-23-02109-MJC

MARY ANN SPIRKO

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 21, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan

As of October 21, 2025, the Debtor(s) is/are $3303.00 in arrears a plan payment having last been made on.

In accordance with said stipulation, the case may be dismissed

Dated:   October 21, 2025                    Respectfully submitted,

                                                        /s/   Agatha R. McHale, Esquire
                                                        ID:  47613
                                                        Attorney for Trustee
                                                       Jack N. Zaharopoulos
                                                       Standing Chapter 13 Trustee
                                                       Suite A, 8125 Adams Drive
                                                       Hummelstown, PA 17036
                                                       Phone:  (717) 566-6097
                                                       email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY ANN SPIRKO     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 5-23-02109-MJC
    Movant

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 21, 2025, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

ERIK MARK HELBING
BOWE & ODORIZZI LAW
109 WEST BROAD STREET
TAMAQUA PA 18252-1916

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
MARY ANN SPIRKO
340 Mountain Avenue
Tamaqua PA 18252

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 21, 2025

/s/ Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com