United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02109-MJC |
| Mary Ann Spirko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 27, 2025 | Form ID: pdf010 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Ann Spirko, 340 Mountain Avenue, Tamaqua, PA 18252-2124 |
| 5566679 | + | Key Bank, P.O. Box 94588, Cleveland, OH 44101-4588 |
| 5566683 | + | Mariner Finance, 374 Center Ave, Schuylkill Haven, PA 17972-1012 |
| 5566684 | + | Mariner Finance, LLC, 3225 N 5th Street Hwy Suite 8, Reading, PA 19605-2451 |
| 5566685 | + | Mariner Finance, LLC,, PO Box 44490, Nottingham, MD 21236-6490 |
| 5566688 | + | OneMain LBX 740594, 5050 Kingsley Drive, C/O RBX MD. 1MOC1N, Cincinnati, OH 45263-0001 |
| 5566689 | | PA Dept of Revenue, PO BOX 280413, Harrisburg, PA 17128-0413 |
| 5566691 | | Schuylkill County Tax Claim Bureau, 401 North Second Street, Pottsville, PA 17901-1757 |
| 5566692 | + | Stephen J. Spirko, Jr., 340 Mountain Avenue, Tamaqua, PA 18252-2124 |
| 5679944 | + | Tamaqua Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 5679942 | + | Tamaqua Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5566677 | + | Email/Text: dltlegal@hab-inc.com | Oct 27 2025 18:41:00 | Berkheimer/HAB-MISC, PO Box 25144, Lehigh Valley, PA 18002-5144 |
| 5566678 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2025 18:41:00 | Internal Revenue Service, Bankruptcy Notices, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5566681 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 27 2025 18:41:00 | Key Bank, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 5566680 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 27 2025 18:41:00 | Key Bank, P.O. Box 5788, Attn: Loan CLient Services, Cleveland, OH 44101-0788 |
| 5574628 | ^ | MEBN | Oct 27 2025 18:55:59 | KeyBank N.A as s/b/m to First Niagara Bank N.A, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 5577570 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2025 18:53:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5566682 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 27 2025 18:41:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5566686 | + | Email/PDF: cbp@omf.com | Oct 27 2025 18:53:22 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 5566687 | + | Email/PDF: cbp@omf.com | Oct 27 2025 18:53:33 | One Main Financial, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 5573104 | + | Email/PDF: cbp@omf.com | Oct 27 2025 18:53:29 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5566690 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2025 18:53:28 | QVC/Syncb, P.O. Box 965018, Orlando, FL 32896-5018 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | *+ | KeyBank N.A., as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | *+ | Tamaqua Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor KeyBank NA bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Erik Mark Helbing | on behalf of Debtor 1 Mary Ann Spirko ehelbing@helbingconsumerlaw.com bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com;helbing.erikb132500@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | on behalf of Creditor Tamaqua Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MARY ANN SPIRKO

Chapter: 13

Debtor 1

Case No.: 5:23-bk-02109-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.              Movant(s)

MARY ANN SPIRKO

Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 45, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-captioned case of the Debtor be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 26, 2025